E-FILED
Friday, 05 October 2007 10:58:50 AM
Clerk, U.S. District Court, ILCD

AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>FRANK STEPHENSON | **SEALED**<br>**WARRANT FOR ARREST**<br><br>Case Number: 07-3043-m |

**FILED**
OCT - 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **FRANK STEPHENSON**
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Distribution of cocaine base (crack)

RECEIVED 2007 SEP 19 P 12:32 US MARSHALS SERVICE CENTRAL ILLINOIS

in violation of Title   21   United States Code, Section(s)   841(a)(1)

Byron G. Cudmore
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

s/ Byron G. Cudmore
Signature of Issuing Officer

9/18/07   Spfld, Il
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Springfield

| DATE RECEIVED<br>09/19/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Alex Stacy DUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>10/03/07 | | |

| RETURN ||||
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ||||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER || SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | | |