E-FILED
Monday, 05 November, 2007   02:56:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-3043-m |
| FRANK STEPHENSON, | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO DISMISS COMPLAINT

The United States of America, by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, that, in light of the pending petition to revoke supervised release filed against the defendant in Case No. 92-30067, the complaint be dismissed without prejudice. The attorney for the defendant has advised that he has no objection to this motion.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY

By:   s/Timothy A. Bass
       Timothy A. Bass, Bar No. MO 45344
       Assistant United States Attorney
       U.S. Attorney's Office
       318 South 6th Street
       Springfield, IL  62701
       Telephone: 217/492-4450
       tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on November 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

counsel of record

                                        s/Timothy A. Bass
                                        Timothy A. Bass
                                        Missouri Bar No. 45344
                                        Assistant United States Attorney
                                        318 S. Sixth Street
                                        Springfield, IL 62701
                                        Phone: (217) 492-4450
                                        Fax: (217) 492-4512
                                        tim.bass@usdoj.gov